UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE ODELL DIXON,

                        Plaintiff,

v.                                                        1:23-cv-02162-BCM

MARTIN O'MALLEY,
Commissioner of Social Security,

                        Defendant.

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 2/9/2024

**MEMO ENDORSED**

## JOINT MOTION TO APPEAR REMOTELY FOR ORAL ARGUMENT

      Through Counsel, Plaintiff and Defendant hereby move this Honorable Court to enter an Order allowing the parties to appear remotely for the Oral Argument currently scheduled for March 26, 2024, at 10:00 AM in Courtroom 20A (Dkt. No. 16). Counsel request to appear remotely due to the logistical barriers outlined below.

      Counsel request to appear remotely for the Oral Argument currently set for March 26, 2024, in order to conserve time and resources. Attorney Andrew Flemming will be filing his Notice of Appearance and will appear at the argument as Counsel for Plaintiff. Attorney Flemming has recently moved from Syracuse, New York to the State of Michigan. Appearing in-person for the argument in this matter would pose a significant burden on Counsel, through travel and lodging costs associated with attending the argument in New York, New York. Travel will also pose a significant burden in the time spent traveling from Michigan to New York and back.

      Counsel for Defendant joins Plaintiff in his request to appear remotely for the Oral Argument to conserve government time and resources. Holding this argument remotely will save the parties time and resources as stated above.

1

WHEREFORE, Counsel prays this Court enter an order allowing the parties to appear remotely at the Oral Argument currently set for March 26, 2024 at 10:00 AM.

DATED: February 5, 2024

Respectfully Submitted,

| | |
|---|---|
| */s/ Ariella Zoltan* | */s/ Howard D. Olinsky* |
| Ariella Zoltan, Esq. | Howard D. Olinsky, Esq. |
| Special Assistant United States Attorney | Bar Code H06529 |
| Office of Program Litigation, Office II | Olinsky Law Group |
| Office of the General Counsel | 250 S. Clinton Street, Suite 210 |
| Social Security Administration | Syracuse, NY 13202 |
| 6401 Security Boulevard | e: holinsky@windisability.com |
| Baltimore, MD 21235 | p: (315) 701-5780 |
| Tel: (212) 264-2217 | f: (315) 701-5781 |
| Email: ariella.zoltan@ssa.gov | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2024 I electronically filed the above with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

To:   Ariella Renee Zoltan
      Special Assistant United States Attorney
      ariella.zoltan@ssa.gov

                                              */s/Howard D. Olinsky*
                                              Howard D. Olinsky, Esq.
                                              Olinsky Law Group

---

Application GRANTED. Oral argument will be conducted by video conference. The Court will circulate dial-in information in a future order.
SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
February 9, 2024