```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE ODELL DIXON,

                Plaintiff,

   -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

23-CV-2162 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

    Plaintiff George Odell Dixon filed this action pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability insurance benefits. The case is before me for all purposes pursuant to 28 U.S.C. § 636(c).

    The Court carefully reviewed the record, the briefs, and applicable law, heard oral argument from the parties today, announced its decision on the record at the conclusion of the argument, and directed the parties to split the costs of the transcript if either party orders it.

    For the reasons explained on the record, the Court has determined that the Commissioner's decision was based on the correct legal standards and was supported by substantial evidence. Therefore, the Commissioner's denial of benefits is SUSTAINED, and this case is DISMISSED.

    The Clerk of the Court is respectfully directed to close the case.

Dated: New York, New York
       March 26, 2024

SO ORDERED

_____
**BARBARA MOSES**
**United States Magistrate Judge**

1